Arno H. Schoff and others, Respondents, v.

FOURTH DEPARTMENT, JANUARY TERM, 1886.

Moses G. Rosenberg and another, Appellants. S. Parkman Dexter and others, Respondents, v. The Same, Appellants. — Orders affirmed, with ten dollars costs in one case, and the disbursements in both. Opinion by Daniels, J.